# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

NATIONAL AMERICAN INSURANCE
COMPANY,

    Plaintiff,

v.                                                                     CV No. 19-1020 GBW/CG

IRIS RODRIQUEZ, as the Personal
Representative of the ESTATE OF
CHAD ZACK RODRIQUEZ.

    Defendants.

## ORDER GRANTING UNOPPOSED MOTION TO CONSOLIDATE RELATED CASES

**THIS MATTER** is before the Court on Plaintiff National American Insurance Company's *Unopposed Motion to Consolidate* (the "Motion"), (Doc. 4), filed November 18, 2019. Having reviewed the Motion and the relevant law, and being otherwise fully advised, the Court finds the Motion is well-taken and shall be **GRANTED**.

These cases were initiated on near identical pleadings and are at the early stages of litigation. Both cases involve matters with similar questions of fact and similar questions of law. Consolidation will not cause delay, confusion, or prejudice. In addition, consolidation will conserve the parties' resources, promote judicial economy, eliminate duplication of effort, and prevent inconsistent rulings. *See* Fed. R. Civ. P. 42(a).

**IT IS THEREFORE ORDERED** that:

1. Plaintiff's *Unopposed Motion to Consolidate*, (Doc. 4), is **GRANTED**;

2. The Clerk's Office is directed to consolidate *Rodriquez v. National American Insurance Company et al.*, Case No. 2:19-CV-1040-CG-KRS, into *National*

*American Insurance Company v. Rodriquez*, Case No. 2:19-CV-1020-GBW-CG for all purposes, including trial; and

3. All pleadings will be filed forthwith in *National American Insurance Company v. Rodriquez*, Case No. 2:19-CV-1020-GBW-CG.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE