# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

NATIONAL AMERICAN INSURANCE
COMPANY, et al.,

    Plaintiffs,

v.                                                  CV No. 19-1020 KG/CG

IRIS RODRIQUEZ, as the Personal
Representative of the ESTATE OF
CHAD ZACK RODRIQUEZ,

    Defendants.

## ORDER GRANTING NATIONAL AMERICAN INSURANCE COMPANY'S MOTION TO BIFURCATE OR STAY DISCOVERY

**THIS MATTER** is come before the Court on National American Insurance Company's ("NAICO") *Motion to Bifurcate or Stay Discovery* (the "Motion"), (Doc. 18), filed March 31, 2020. The Court, having considered the parties' briefings and hearing argument from counsel, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that discovery shall proceed in phases with the first phase directed at Rodriguez' negligence claims against Gulf Interstate Field Services, Inc. and Gulf International Corporation, and NAICO's declaratory judgment claim and issues related to breach of contract regarding whether it owes any underinsured motorist benefits to the Estate of Chad Rodriguez. Phase Two of discovery will involve the remaining claims and will proceed following the conclusion of Phase One. Phase Two of discovery shall include the extra-contractual claims of bad faith and statutory violations against NAICO.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE