IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

NATIONAL AMERICAN INSURANCE
COMPANY, et al.,

    Plaintiffs,

v.                                                                                        CV No. 19-1020 KG/CG

IRIS RODRIQUEZ, as the Personal
Representative of the ESTATE OF
CHAD ZACK RODRIQUEZ, et al.,

    Defendants.

## ORDER SETTING EXPEDITED BRIEFING SCHEDULE
## AND MOTION HEARING

**THIS MATTER** is before the Court after conferring with counsel about a mutually convenient date and time. **IT IS HEREBY ORDERED** that Defendant Iris Rodriquez may file a Motion to Compel no later than **June 22, 2020**. Defendants Gulf International Corporation and Gulf Interstate Field Services may file a Response to Ms. Rodriquez's motion no later than **June 29, 2020**. Ms. Rodriquez may file her Reply by **July 1, 2020**.

**IT IS FURTHER ORDERED** that a telephonic Motion hearing shall be held on **July 2, 2020, at 2:30 p.m.** Parties shall call Judge Garza's AT&T Teleconference line at (877) 810-9415, follow the prompts, and enter the Access Code 7467959, to be connected to the proceedings.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE