## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

NATIONAL AMERICAN INSURANCE
COMPANY, et al.,

    Plaintiffs,

v.                                              CV No. 19-1020 KG/CG

IRIS RODRIQUEZ, as the Personal
Representative of the ESTATE OF
CHAD ZACK RODRIQUEZ, et al.,

    Defendants.

## ORDER VACATING EXPEDITED BRIEFING SCHEDULE
## AND MOTION HEARING

**THIS MATTER** is before the Court on counsel's communication that the parties' discovery dispute has been resolved.

**IT IS HEREBY ORDERED** that the Court's *Order Setting Expedited Briefing Schedule and Motion hearing*, (Doc. 51), filed June 17, 2020, is **VACATED**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE