## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW MEXICO

NATIONAL AMERICAN INSURANCE
COMPANY, et al.,

      Plaintiffs,

v.                                             CV No. 19-1020 KG/CG

IRIS RODRIQUEZ, as the Personal
Representative of the ESTATE OF
CHAD ZACK RODRIQUEZ, et al.,

      Defendants.

## ORDER SETTING EXPEDITED BRIEFING SCHEDULE
## AND MOTION HEARING

**THIS MATTER** is before the Court on Defendant Iris Rodriquez's *Motion to Compel* (the "Motion"), (Doc. 55), filed July 30, 2020. **IT IS HEREBY ORDERED** that Defendants Gulf International Corporation and Gulf Interstate Field Services may file a Response to Ms. Rodriquez's Motion no later than **August 12, 2020**. Ms. Rodriquez may file a Reply in support of her Motion no later than **August 19, 2020**.

**IT IS FURTHER ORDERED** that a telephonic Motion hearing shall be held on **August 26, 2020, at 1:30 p.m.** Parties shall call Judge Garza's AT&T Teleconference line at (877) 810-9415, follow the prompts, and enter the Access Code 7467959, to be connected to the proceedings.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE