**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

NATIONAL AMERICAN INSURANCE
COMPANY, et al.,

       Plaintiffs,

v.                                                      CV No. 19-1020 KG/CG

IRIS RODRIQUEZ, as the Personal
Representative of the ESTATE OF
CHAD ZACK RODRIQUEZ, et al.,

       Defendants.

**ORDER GRANTING MOTION TO COMPEL, ASSESSING FEES,
AND VACATING MOTION HEARING**

       **THIS MATTER** is before the Court on Defendant Iris Rodriquez's *Motion to Compel* (the "Motion"), (Doc. 55), filed July 30, 2020. The Court ordered a Response to be filed no later than August 12, 2020. (Doc. 56 at 1). To date, no Response has been filed. Under Local Rule 7.1(b), "[t]he failure of a party to file and serve a response in opposition to a motion within the time prescribed for doing so constitutes consent to grant the motion."

       **IT IS THEREFORE ORDERED** that Defendant's *Motion to Compel*, (Doc. 55), is **GRANTED**. Defendant Rodriquez may submit an affidavit for attorney fees incurred in preparing the Motion on the non-responsive party within fourteen days.

       **IT IS FURTHER ORDERED** that the Motion hearing set for August 26, 2020, is hereby **VACATED**.

       **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE