**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

NATIONAL AMERICAN INSURANCE
COMPANY, et al.,

    Plaintiffs,

v.                                                           CV No. 19-1020 KG/CG

IRIS RODRIQUEZ, as the Personal
Representative of the ESTATE OF
CHAD ZACK RODRIQUEZ, et al.,

    Defendants.

**ORDER FOR JOINT STATUS REPORT**

**IT IS HEREBY ORDERED** that the parties shall prepare a joint status report outlining the status of discovery and mediation. The parties are directed to submit the status report no later than **September 14, 2020**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE