IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

NATIONAL AMERICAN INSURANCE
COMPANY, et al.,

    Plaintiffs,

v.	CV No. 19-1020 KG/CG

IRIS RODRIQUEZ, as the Personal
Representative of the ESTATE OF
CHAD ZACK RODRIQUEZ,

    Defendants.

## ORDER FOR JOINT STATUS REPORT

**THIS MATTER** is before the Court pursuant to District Judge Kenneth J. Gonzales's *Order of Reference*, (Doc. 70), filed December 16, 2020. **IT IS HEREBY ORDERED** that the parties shall file a Joint Status Report outlining their mutual availability for a Fairness Hearing to be scheduled for a date after January 15, 2021, by no later than **December 31, 2020**.

    **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE