IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

NATIONAL AMERICAN INSURANCE
COMPANY, et al.,

    Plaintiffs,

v.                                                       No. CV 19-1020 KG/CG

IRIS RODRIQUEZ, as the Personal
Representative of the ESTATE OF
CHAD ZACK RODRIQUEZ,

    Defendants.

## ORDER SETTING FAIRNESS HEARING

**THIS MATTER** is before the Court upon review of the record. **IT IS HEREBY ORDERED** that a Fairness Hearing shall be conducted by telephone on **Wednesday, February 3, 2021, at 10:00 a.m.** Parties shall call Judge Garza's AT&T line at (877) 810-9415, follow the prompts, and enter access code 7467959 to be connected to the proceedings.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE